FILED
2011 FEB 28 PM 3:39
STEPHEN R. LUDWIG CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

HOPE L. SNYDER,

Plaintiff,

v.

D. ANNE LIVINGSTON;
EAR, NOSE & THROAT ASSOCIATES, PC.

Defendant.

CASE NO.: 1: 11CV077 JD

**COMPLAINT**

COMES NOW Plaintiff, by counsel, and alleges against Defendant as follows:

1. The Plaintiff is Hope L. Snyder, a resident of Allen County, Fort Wayne, Indiana, and an employee of the Defendant's at all material times to this Complaint.

2. Defendant D. Anne Livingston was an coworker of the Plaintiff's, and acted within the scope of her employment at all material times to this Complaint. Defendant Livingston is liable to the Plaintiff for personally repeating false and defamatory statements against Plaintiff, in violation of the Plaintiff's rights under the public policies and tort laws of the State of Indiana.

3. Co-Defendant Ear, Nose & Throat Associates, PC ("ENT Associates, P.C."), is a company doing business at 10021 Dupont Circle Court, Fort Wayne, Indiana 46824. The Defendant is an "employer" for the purposes of the Americans with Disabilities Act, 42 U.S.C. § 12111 et seq. ("ADA"). ENT Associates P.C. also employed co-Defendant D. Anne Livingston at all material times to this Complaint, and is liable

for the state torts committed by Livingston, under a theory of *respondeat superior*.

4. On or about November 18, 2010, EEOC No. 470-2011-00634, the Plaintiff filed a Charge of Discrimination, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A". Prior to this date, the Plaintiff, while unrepresented by counsel, had also filed a Charge of Discrimination, on or about August 11, 2010, EEOC No. 470-2010-03220, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "B". The EEOC issued its Dismissal and Notice of Rights/Notice of Suit Rights on or about November 30, 2010, a copy of which is attached hereto as Exhibit "C". All administrative remedies have been exhausted, and all jurisdictional prerequisites have been met for the filing of this suit.

5. The Plaintiff was a qualified employee of ENT Associates, P.C., who suffered from a serious health condition that constituted a disability/perceived disability/record of impairment during her employment. Throughout her employment she has performed within the reasonable expectations of her employer, and is still works for ENT Associates, P.C. as of the date of the filing of this Complaint.

6. On or about March 16, 2010, D. Anne Livingston, a director within ENT Associates, P.C., told one of the physicians whom the Plaintiff worked with, that the Plaintiff was "mentally unstable". That physician proceeded to tell several other physicians, while Livingston proceeded to repeat the false and defamatory statement to several other directors at ENT Associates, P.C. Eventually the Plaintiff complained to the CEO of the company about the fact that this false statement had been spread about

her, but the CEO did nothing in response.

7. D. Anne Livingston also falsely accused the Plaintiff of not working while being "on the clock". Although this allegation was proven false, the allegation was made by Livingston in front of physicians, causing embarrassment to the Plaintiff.

8. Livingston's false, slanderous and defamatory statements regarding the Plaintiff, which wrongly assumed that due to the Plaintiff's serious medical condition she was somehow mentally "unstable", disabled, and unfit for her duties, precipitated a series of negative actions by ENT Associates, P.C., towards the Plaintiff, and caused the Plaintiff to suffer loss of pay and benefits, as well as mental anguish, emotional distress, and other damages and injuries.

9. ENT Associates, P.C. took away Plaintiff's job duties, she was harassed, and she was effectively demoted, due to the company's perception that Plaintiff that she was disabled and unable to do her job. When she switched departments, her supervisor was even questioned as to why he would hire her, since Plaintiff was supposedly "mentally unstable". ENT Associates, P.C. also imposed constraints upon the Plaintiff's work conditions, that other employees did not have to follow, such as prohibiting the Plaintiff from going to certain offices, either while on, or off duty.

10. The Plaintiff contends that the Defendant ENT Associates, P.C. perceived Plaintiff to be disabled, discriminated against her, and retaliated against her when she protested the disability related harassment and hostile work environment. ENT Associates, P.C.'s discriminatory and/or retaliatory conduct furthermore was the direct and proximate cause of the Plaintiff suffering the loss of income, and benefits,

and subjected the Plaintiff to inconvenience, mental anguish, emotional distress, and other damages and injuries.

8. The conduct of the Defendants, and each of them, was intentional, knowing, willful, wanton, and in reckless disregard of the Plaintiff's federally protected rights under the ADA, and/or rights under the laws and public policies of the State of Indiana, warranting imposition of punitive damages.

WHEREFORE, the Plaintiff respectfully prays for judgment against the Defendants and each of them, for compensatory damages, punitive damages, reasonable attorney's fees and costs (where available), and for all other just and proper relief in the premises.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

Christopher C. Myers, #10043-02
Ilene M. Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
ismith@myers-law.com
Attorneys for Plaintiff

IMS/mms
S:\Snyder, Hope\Pleadings\Complaint.wpd

| **CHARGE OF DISCRIMINATION** This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY ☐ FEPA ■ EEOC | CHARGE NUMBER 470-2011-00634 |
|---|---|---|

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| NAME (*Indicate Mr., Ms., Mrs.*) | HOME TELEPHONE (*Include Area Code*) | |
|---|---|---|
| Mrs. Hope L. Snyder | 260-705-4673 | EEOC Indianapolis District Office NOV 19 2010 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 11411 Woodshire Court | Fort Wayne, IN 46845 | RECEIVED |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*If more than one list below.*)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (*Include Area Code*) |
|---|---|---|
| Ear, Nose & Throat Associates, PC | 150+ | 260-426-8117 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 10021 Dupont Circle Ct. | Fort Wayne, IN 46825 | Allen |

CAUSE OF DISCRIMINATION BASED ON (*Check appropriate box(es)*)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ AGE
■ RETALIATION ☐ NATIONAL ORIGIN ■ DISABILITY ☐ OTHER (*specify*)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 3/16/10 LATEST Current
■ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I. I am a qualified employee of the Respondent's, with a serious health condition that constitutes a disability/perceived disability/record of impairment. I contend that I was discriminated against and retaliated against on the basis of a disability/perceived disability/record of impairment, and retaliated against for protesting harassment and a disability related hostile work environment, in violation of my rights under 42 U.S.C. §12111 *et seq.* ("ADA"). I have worked for the Respondent since February 2006.

II. On March 16, 2010, D. Anne Livingston (a director within ENT Associates, P.C.) told Dr. Rao that I was/am "mentally unstable". Dr. Rao proceeded to tell several other physicians. D. Anne Livingston proceeded to tell several directors. This statement was brought to the CEO of the company by me and he did not do anything about it. This statement started a series of negative actions towards me including: job duties being taken away,

"continued"

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)
Susan C. Neff
Resident of Adams County My Commission Expires: 4/7/2016

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/18/10 [signature] Charging Party (Signature)

SIGNATURE OF COMPLAINANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*Date, month, and year*) 18th of November, 2010

EEOC FORM 5 (Rev. 3/01)

Ex. "A"



Charge of Discrimination

Re: Hope L. Snyder

demotion, and harassment. The harassment is still continuing. I have switched departments, but even my current supervisor was asked why he would hire me since I am mentally unstable. D. Anne Livingston and ENT Associates, P.C. has put constraints on my employment that other employees do not have to follow, Ex: I am unable to go to certain offices while on or off the clock. I have been accused by D. Anne Livingston of not working while on the clock -- this has been proved false, but she made these statements in front of physicians. I am a licensed professional and her actions have interfered with my ability to use my license and making a good living.

II. I contend that Respondent, by its agents and employees, perceive me to be mentally disabled, and even after I opposed the disability-related hostile work environment and harassment, the harassment by D. Anne Livingston continued. Out of retaliation, Dr. Rao reorganized the staff, so that I was under D. Anne Livingston, who took away my time-keeping, and demanded that all decisions go through her. Furthermore, I suffered a retaliatory demotion, which included a $5.00 per hour pay cut, and missed out on a $1,500.00 bonus I would otherwise have received. Although still employed by the Respondent, my work environment has become hellish and unworkable, as Respondent continues to retaliate against me.

HLS

Initials

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to: Agency(ies) Charge No(s):

__ FEPA
X EEOC 470-2010-03220

______________________ and EEOC

*State or local Agency, if any*

| Name (*Indicate Mr. Ms. Mrs.*) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Hope Larraine Snyder | 260-705-4673 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 11411 Woodshire Ct. | Fort Wayne, IN 46825 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ENT Associates, P.C. | 150+ | 260-426-8117 |

| Street Address | City, State and ZIP Code |
|---|---|
| 10021 Dupont Circle Ct. | Fort Wayne, IN 46825 |

Indianapolis AUG 12 2010 RECEIVED

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

__ RACE __ COLOR __ SEX __ RELIGION __ NATIONAL ORIGIN

__ RETALIATION __ AGE x DISABILITY __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 3/16/2010 Latest:
x CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

On March 16, 2010, D. Anne Livingston (a director within ENT Associates, P.C.) told Dr. Rao that I was/am "mentally unstable." Dr. Rao proceeded to tell several other physicians. D. Anne Livingston proceeded to tell several directors. This statement was brought to the CEO of the company by me and he did not do anything about it. This statement started a series of negative actions towards including: job duties being taken away, demotion, and harassment. The harassment is still continuing. I have switched departments, but even my current supervisor was asked why he would hire me since I am mentally unstable. D. Anne Livingston and ENT Associates, P.C. has put constraints on my employment that other employees do not have to follow, ex: I am unable to go to certain offices while on or off the clock. I have been accused by D. Anne Livingston of not working while on the clock—this has been proved false, but she made these statements in front of physicians. I am a licensed professional and her actions have forbid me from using my license and making a good living.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

8/11/10 [signature]

Date Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLANANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) 08/11/2010



EEOC Form 161 (11/09) U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Hope L. Snyder
11411 Woodshire Ct
Fort Wayne, IN 46825

From: Indianapolis District Office
101 West Ohio St
Suite 1900
Indianapolis, IN 46204

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2010-03220 | Philip E. Moore, Enforcement Supervisor | (317) 226-7273 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Philip E. Moore for

Webster N. Smith,
Acting District Director

NOV 30 2010
(Date Mailed)

Enclosures(s)

cc:

Jeremy V. Senk
CARSON BOXBERGER
1400 One Summit Square
Fort Wayne, IN 46802

Christopher C. Myers
Christopher C. Myers & Associates
809 South Calhoun Street
Suite 400
Fort Wayne, IN 46802

