IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| HOPE L. SNYDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:11-CV-077 |
| | ) |
| D. ANNE LIVINGSTON; | ) |
| EAR, NOSE & THROAT ASSOCIATES, | ) |
| PC. | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF STEVEN M. SANDQUIST

STEVEN M. SANDQUIST, being duly sworn upon his oath, alleges and says as follows:

1. I am an adult over the age of eighteen (18) and I have personal knowledge of the matters set forth in this Affidavit.

2. I am the Chief Executive Officer ("CEO") of Ear, Nose & Throat Associates ("ENT") and I have held this position since December 7, 2009. The Hearing Center and The Balance Center are related entities owned and operated by ENT.

3. Hope Snyder was employed by ENT from February 1, 2006, until she voluntarily terminated her employment on June 10, 2011. Snyder worked at The Hearing Center from February 1, 2006, until June 14, 2010. On May 28, 2010, Snyder resigned from The Hearing Center to take a position with The Balance Center. A copy of Snyder's letter of resignation is attached to my Affidavit as Exhibit A.

4. Snyder worked at The Balance Center from June 14, 2010, until June 10, 2011, when she voluntarily terminated her employment relationship with ENT. A copy of Snyder's letter of resignation from The Balance Center is attached to my Affidavit as Exhibit B.

5. At no time did I ever perceive Snyder as being disabled or unable to perform any of her work-related duties with either The Hearing Center or the Balance Center because she had attention deficit disorder ("ADD") or because of comments she claims Livingston made.

6. In the Spring of 2010, Michael Disher, M.D. ("Dr. Disher") was the physician responsible for The Hearing Center. On May 10, 2010, ENT formally removed Dr. Disher from his responsibility. ENT restructured job responsibilities and duties of the physicians and personnel staffing The Hearing Center. I am aware of Snyder's allegation that she was "demoted" during a meeting with myself, Dr. Rao and Dr. Kaiser. Snyder was not "demoted." Rather, there was simply a reorganization of job responsibilities and duties. There was no change to Snyder's job responsibilities or duties nor was there any change to her compensation or benefits.

FURTHER AFFIANT SAYETH NAUGHT.

I affirm, under penalties of perjury, that the above and foregoing representations are true to the best of my knowledge.

_____
Steven M. Sandquist

STATE OF INDIANA  )
                  ) SS:
COUNTY OF ALLEN   )

Subscribed and sworn to before me, a Notary Public, in and for said County and State this 28th day of October, 2011.

_____
Notary Public

I am a resident of Allen County, Indiana.

My Commission expires: _____

IRENE M. VAN RYN
Allen County
My Commission Expires
June 22, 2015

F:\E\ENT 8091\Snyder, Hope -Complaint 15\Pleadings\Affidavit-Steve Sandquist.docx

9901 Acorn Lane
Fort Wayne, IN 46825

May 28, 2010

D. Anne Livingston, AuD
5411 Meijer Drive
Fort Wayne, IN 46835

Dear Anne:

The purpose of this letter is to announce my resignation from The Hearing Center, effective two weeks from this date. This was not an easy decision to make. The past several years have been very rewarding for me personally. I've enjoyed working for The Hearing Center and take tremendous pride in what we've been able to accomplish. I have accepted a position with The Balance Center.

I wish you and the company the very best.  Please let me know what I can do to make this transition easier.

Sincerely,

Hope L. Snyder


CC: Steve Sanquist, Tina Sheehan, Sarah Silva, Irene VanRyn

**Exhibit A**

Hope L. Snyder
11411 Woodshire Court
Fort Wayne, IN 46845

May 13, 2011

Tom Boismier
Director of The Balance Center
ENT Associates, P.C.
10021 Dupont Circle Court
Fort Wayne, IN 46825

Dear Tom:

With this letter, I hereby submit my resignation from ENT Associates, P.C effective Friday, June 10, 2011.

At your convenience, I will be glad to discuss the reassignment of my work to others.

I wish you good luck and continued success.

Sincerely,

*[signature: Hope L. Snyder]*

Hope L. Snyder

**Exhibit B**